**FILED**

MAR 19 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8247

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| v. ) | 21 U.S.C. § 952 and 960 |
| ) | Importation of a Controlled |
| Brenda Patricia ROMERO, ) | Substance, and 18 U.S.C § 2 |
| ) | Aiding and Abetting |
| ) | |
| Defendant ) | |

The undersigned complainant being duly sworn states:

That on or about March 14, 2008 within the Southern District of California, defendants Brenda Patricia ROMERO, did knowingly and intentionally import approximately 934.72 kilograms (2062.98 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960, and Title 18, United States Code, Section 2.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Enrique Torregrosa Special Agent
U. S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19th DAY OF MARCH 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Brenda Patricia ROMERO

STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Enrique Torregrosa.

On March 14, 2008, prior to 0500 hours, a cold convoy operation (surveillance operation) commenced at the Calexico East Port of Entry by the ICE, Office of Investigations, and Imperial County Narcotic Task Force (ICNTF). SA Gates, posing as the "load" driver, drove the van to Wal-Mart in El Centro, California. Surveillance was conducted by Special Agents from Office of the Assistant Special Agent in Charge, Calexico, California. SA Gates and the van were followed from the Calexico East Port of Entry to Wal-Mart in El Centro, California. Once the drug-laden van arrived at the Wal-Mart in El Centro, California, at approximately 0500 hours, SA Gates exited the van and waited for a call, at approximately 0700 hours GALLEGOS' (who was the driver of the van caught at the port of entry) cell phone group talk rang, and a person by the name of "PULGA" stated to SA Torregorsa to drive the van to Jack-In-The-Box located in Brawley, California near the 111 Highway.

SA Gates drove the van to the Jack-In-The-Box in Brawley, California. ICE and ICNTF agents followed SA Gates and the van from  El Centro, Wal-Mart to the Jack-In-The-Box in Brawley. Upon arrival to the Jack-In-The-Box at approximately 0745 hours, SA

1  Gates dropped the van and left the keys underneath the driver's
2  side mat and exited the van.
3      At 0755 hours, a Hispanic male wearing blue shorts, blue
4  shirt, 5' 9'', 200 pounds entered the van and drove away. ICE and
5  ICNTF agents followed the subject and the van from Jack-In-The-Box
6  to 1346 H Street in Brawley, California. The van was driven through
7  an alley and parked in the backyard of 1346 H Street. The driver
8  exited the van and went inside the house. No packages were off-
9  loaded.
10
11     On March 14, 2008, at approximately 1200 hours, the same
12 driver entered the van and left the residence at 1346 H Street.
13 The subject drove the van to 699 S. Fifth Street in Brawley,
14 California. The driver seemed to be following a Hispanic female
15 driving a 2006 Nissan Altima bearing California plate number
16 5TKT659. The female was later identified as Brenda Patricia
17 ROMERO. The van went behind the residence at 699 S. Fifth Street
18 through an alley and backed into the residence. The Nissan Altima
19 drove into the driveway of the residence. Utility record checks
20 show that the person who is currently responsible for paying the
21 utilities for the address of 699 S. 5th Street, Brawley, California
22
23 92227, is Maria Leon. Agents conducted continuous surveillance of
24 this residence and observed the actions and movements of the
25 individuals involved in this smuggling event.
26     On March 18, 2008, at approximately 1430 hours ICE agents
27 arrested Brenda Patricia ROMERO at her residence located at 991
28 Eucalyptus Ave, Brawley, California and transported her to the

1  Calexico West Port of Entry for further process.

2  On March 18, 2008, at approximately 1750 hours, Special Agent Torregrosa advised ROMERO of her Miranda Rights, which she acknowledged and waived agreeing to answer questions.

ROMERO stated that on March 14, 2008, at approximately 0200 hours, a subject known to her as "CARLOS" called her via cell phone and told her to find a stash house, because he was going to send some marijuana. ROMERO stated that at approximately 1000 hours on March 14, 2008, CARLOS called her via cell phone and advised her that the vehicle was in Brawley at a stash house, but a subject identified as "PANCHITO" did not want the vehicle in his house.

ROMERO stated that she contacted "LIZETT" a friend that knows CARLOS and asked her to find the stash house. According to ROMERO LIZETT offered Maria LEON $500.00 to stash the drug-laden vehicle in her house. ROMERO also stated that she was going to be paid $200.00 to find the stash house.

ROMEROS stated that she met PANCHITO and an unidentified male subject at K Street and Eight Street in Brawley, California and she told them to follow her to the stash house.

ROMERO stated that on March 14, 2008, at about 1200 or 1300 hours, she told PANCHITO where the stash house was, and departed to McDonald's in Brawley to meet with three subjects, who were the persons that were going to pick up some of the marijuana.

ROMERO stated she told the three subjects to follow her to the stash house, so they could pick up their marijuana. ROMERO stated that she showed them the house and left the area. ROMERO stated

that between 1500 to 1800 hours, she met another subject at McDonald's in Brawley, who was driving a white Chevrolet truck with a trailer and also showed him the stash house, so he could pick up his marijuana. ROMERO stated that after the Chevrolet truck left, she called a subject known to her as "JUNIOR" and asked him if he got his 34 bundles, ROMERO stated JUNIOR said, yes. ROMERO stated that at that point she left the area and went home.

ROMERO stated that on March 15, 2008, at approximately 1000 hours, CARLOS called her via cell phone and instructed her to go see if the drug-laden vehicle was still at the stash house. ROMERO went to the stash house and noted that the drug-laden vehicle was gone. ROMERO advised CARLOS that the drug-laden vehicle was gone at approximately 1030 hours on March 15, 2008.