KAREN P. HEWITT
United States Attorney
PAUL L. STARITA
Assistant United States Attorney
Federal Office Building
California State Bar No. 219573
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6507

Attorneys for Plaintiff
United States of America

FILED

MAR 1 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )   Magistrate Case No. 08MJ8247
                Plaintiff,         )
                                   )
        v.                         )   NOTICE OF RELATED CASE
                                   )
Brenda Patricia ROMERO,            )
                                   )
                Defendant.         )
_____)

TO THE CLERK OF THE COURT:

     Please take notice that the above-entitled case is related to

United States v. Francisco Javier GALLEGOS-Zazueta, et al., Criminal

Case No. 08MJ8237.

 DATED:     March 19, 2008.

                              KAREN P. HEWITT
                              United States Attorney


                              PAUL L. STARITA
                              Assistant U.S. Attorney