```
 1  KAREN P. HEWITT
    United States Attorney
 2  PAUL L. STARITA
    Assistant United States Attorney
 3  California State Bar No. 219573
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California  92101-8893
 5  Telephone: (619) 557-6507 / Fax: (619) 235-2757
    Email: paul.starita@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

|  | UNITED STATES DISTRICT COURT |
|---|---|
|  | SOUTHERN DISTRICT OF CALIFORNIA |

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08MJ8247 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **UNITED STATES' MOTION TO** |
| v. | ) | **DISMISS COMPLAINT WITHOUT** |
| | ) | **PREJUDICE** |
| BRENDA PATRICIA ROMERO, | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Paul L. Starita, Assistant United States Attorney, respectfully requests pursuant to Rule 48(a), Federal Rules of Criminal Procedure, that the Court dismiss without prejudice, the Complaint in the above-entitled case, as to Defendant BRENDA PATRICIA ROMERO.  This motion is made in the interest of justice.

DATED: March 27, 2008.

    Respectfully submitted,

    KAREN P. HEWITT
    United States Attorney

    /s/ *Paul L. Starita*
    PAUL L. STARITA
    Assistant United States Attorney

|||
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BRENDA PATRICIA ROMERO,<br><br>Defendant. | Criminal Case No. 08MJ8247<br><br>CERTIFICATE OF SERVICE |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

I, Paul L. Starita, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **UNITED STATES' MOTION TO DISMISS INDICTMENT** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. N/A.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

1. Chris J. Kowalski
   Law Office of Chris Kowalski
   107 South 5 th Street, Suite 202
   El Centro, CA 92243

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2008.

/s/ *Paul L. Starita*
PAUL L. STARITA
Assistant United States Attorney