Chris J. Kowalski, SBN.: 201017
Law Office of Chris J. Kowalski
1450 Broadway, Suite 4
El Centro, Ca 92243
Telephone: (760) 370-0093
Facsimile: (760) 370-0113

Attorney for Defendant Brenda Romero,

FILED
MAR 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRENDA ROMERO ) <br> ) <br> Defendant, ) <br> ) | COURT CASE NO.: 08 MJ 8247 PCL 001 <br><br> SUBSTITUTION OF ATTORNEY <br><br> DATE: 3/25/2008 <br> TIME: 1:15 P.M. <br> DEPT: EL CENTRO CA SITE |

THE COURT AND ALL PARTIES ARE HEREBY NOTIFIED THAT DEFENDANT, BRENDA ROMERO, substitutes Chris J. Kowalski, Esq., 1450 Broadway, Suite 4, El Centro, CA. 92243, in as her representative in this legal matter.

Chris J. Kowalski is substituted in place of former legal representative Tim Scott Esq.

///

///

///

1  I consent to this substitution

2  Date:  _____
                Chris J. Kowalski, New Legal Representative

3  I consent to this substitution

4  Date: 3/25/08  _____
                Tim Scott,
                Former Legal Representative

6  I consent to this substitution

7  Date: _____
                Brenda Romero, Defendant

It is so ordered
March 25, 2008

PETER C. LEWIS
US MAGISTRATE JUDGE