FILED
APR - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> BRENDA PATRICIA ROMERO, ) <br> Defendant. ) | Criminal Case No. 08MJ8247 <br><br> ORDER TO DISMISS COMPLAINT <br> WITHOUT PREJUDICE |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Complaint in Criminal Case No. 08MJ8247 is dismissed as to Defendant BRENDA PATRICIA ROMERO, without prejudice.

**IT IF FURTHER ORDERED** that Defendant BRENDA PATRICIA ROMERO be released if in custody or that bond be exonerated if bond has been posted.

**SO ORDERED.**

DATED: __4-1__, 2008.

_____
United States Magistrate Judge